IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES HENRY HOWELL,**                                                            **PLAINTIFF**

v.                    **Case No. 1:19-cv-00064 BSM**

**AL ROOKE, et al.**                                                               **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 6] has been received. After careful review of the record, the RD is adopted, and the case is dismissed. The dismissal counts as a "strike" for purposes of the Prison Litigation Reform Act.

IT IS SO ORDERED this 18th day of September 2019.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE